CLARA FESTER, Respondent, v. BROOKLYN UNION ELEVATED RAILROAD COMPANY, Appellant.

*Fester* v. *Brooklyn Union Elevated R. R. Co.*, 152 App. Div. 907, affirmed.

(Submitted March 11, 1914; decided March 31, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered September 16, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*D. A. Marsh* and *George D. Yeomans* for appellant.

*Henry M. Dater, George F. Elliott* and *J. S. Jones* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, MILLER and CARDOZO, JJ. Dissenting: HISCOCK, COLLIN and CUDDEBACK, JJ.